## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES,                                )<br>                                                        )<br>                      Plaintiff,              )<br>                                                        )<br>                      v.                           )<br>                                                        )<br>HECTOR HERNANDEZ SAVCEDO,      )<br>                                                        )<br>                      Defendant.           )<br>_____)   | Case No. 3:19-cr-0039 |

## <u>ORDER</u>

**THIS MATTER** comes before the Court on the Court's Order to Show Cause, entered on February 28, 2022. (ECF No. 269.)

On January 20, 2022, Attorney Hill Adames filed a Motion to Withdraw as Counsel of Record for Defendant Savcedo, representing that the attorney-client relationship was "hampered beyond repair." (ECF No. 254 at 3.) She further argued that withdrawing from the case would "allow [D]efendant Savcedo to have a client-attorney relationship characterized by trust and good faith." *Id.* at 5. The Court granted the motion to withdraw on January 26, 2022, relieved her of any further representation of Defendant Savcedo, and appointed Attorney Palomares-Starbuck to represent the Defendant. The Court further directed Attorney Hill Adames to "transfer her client files in the matter of Savcedo to Attorney Palomares-Starbuck no later than February 4, 2022." (ECF No. 260 at 1.)

In a telephonic conference held on February 25, 2022, Attorney Palomares-Starbuck reported that he had received neither electronic nor hard copy files for his client from Attorney Hill Adames. As such, the Court issued an Order to Show Cause on February 28, 2022, in which the Court directed Attorney Hill Adames to show cause why she should not be sanctioned for failure to comply with the Court's January 26, 2022 Order. (ECF No. 271.) In response, Attorney Hill Adames filed a Motion in Compliance, stating that she "inadvertently failed to make a note of said deadline in her calendar," thereby failing to comply with the Order. *Id.* at 1. Attorney Hill Adames further argues that she "never received an email from Counsel Lorenzo Palomares . . . to discuss the above-referenced case." *Id.* at 2.

*United States v. Savcedo*
Case No. 3:19-cr-0039
Order
Page 2 of 2

The Court finds this explanation inadequate and unacceptable as to why Attorney Hill Adames did not comply with the Court's Order.

Accordingly, it is hereby

**ORDERED** that Attorney Hill Adames shall pay $50.00 to the Clerk of Court **no later than 5:00 P.M. on March 14, 2022**, as a sanction for her failure to comply with the Court's January 26, 2022 Order; it is further

**ORDERED** that Attorney Hill Adames shall, no later than March 15, 2022, file a notice with the Court indicating her compliance with the above order to issue payment to the Court; and it is further

**ORDERED** that failure to comply with this Order may lead to further sanctions.

**Dated:** March 8, 2022

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**